IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE E. BETTISWORTH, as the personal representative of the Estate of Cathy Jo Bettisworth, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | **8:17CV491**<br><br>**ORDER** |

Pursuant to Federal Rules of Civil Procedure Rules 26 and 37, the agreement of counsel, and the inherent power of this court to manage discovery, it is hereby ORDERED as follows:

1. Plaintiff shall provide full and complete responses, along with responsive documents, to Defendant's First Request for Production to Plaintiff served June 26, 2018 on or before November 6, 2018,
2. Plaintiff shall provide full and complete responses to Defendant's First Request for Admission to Plaintiff served August 28, 2018 on or before November 6, 2018,
3. Plaintiff shall provide full and complete sworn supplemental Rule 26 initial disclosures for subparts (a)(1)(A)(i) and (a)(1)(A)(iii) on or before November 6, 2018.

Dated this 17th day of October, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge