IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE E. BETTISWORTH, as the personal representative of the Estate of Cathy Jo Bettisworth, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:17CV491<br><br>**ORDER** |

IT IS ORDERED that the unopposed motion to withdraw filed on behalf of Noah K. Garcia, as counsel of record for Defendant, (Filing No. 42), is granted. Noah K. Garcia shall no longer receive electronic notice in this case.

Dated this 2nd day of October, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge