IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE E. BETTISWORTH, as the personal representative of the Estate of Cathy Jo Bettisworth, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | **8:17CV491**<br><br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed on behalf of Jason Pepe, as counsel of record for Defendant, (Filing No. 44), is granted. Jason Pepe shall no longer receive electronic notice in this case.

Dated this 4th day of October, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge