IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DALE E. BETTISWORTH, as the personal representative of the Estate of Cathy Jo Bettisworth, deceased; | 8:17CV491 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

After conferring with counsel, IT IS ORDERED:

1) A telephone conference to discuss substitution of the plaintiff and further scheduling of this matter is set for June 10, 2021 at 9:00 a.m. before the undersigned magistrate judge.

2) The trial and pretrial conference settings in this case are vacated pending further order of the court.

Dated this 6th day of May, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge