IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE E. BETTISWORTH, as the personal representative of the Estate of Cathy Jo Bettisworth, deceased; <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | **8:17CV491** <br><br><br> **ORDER AMENDING TRIAL LOCATION** |

After conferring with counsel for the parties,

IT IS ORDERED:

1)    The jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, **in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska,** at 9:00 a.m. on **August 30, 2021**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)    The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 17, 2021** at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 13, 2021.

Dated this 11th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge