IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT OLSON, as the Personal Representative of the Estate of Cathy Jo Bettisworth; | **8:17CV491** |
| Plaintiff, | |
| vs. | **ORDER** |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The parties have proposed a joint final progression schedule. After consideration, IT IS ORDERED that the progression of this case will proceed on the following schedule:

1) The initial deposition designations of each party shall be served by August 6, 2021. Each party's counter deposition designations shall be served by August 11, 2021. Any objection to an opposing party's deposition designations shall be served and filed, along with a copy of the deposition transcripts, by August 13, 2021.

2) Motions in limine shall be filed by August 6, 2021, with responses thereto due by August 13, 2021. Reply briefs, if any, in support of a party's motion(s) in limine shall be filed by August 20, 2021. **NOTE:** It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

3)  Proposed jury instructions shall be filed by August 20, 2021. Counsel shall provide both "citing support" and "clean" copies of their proposed instructions.

4)  Trial briefs shall be filed on or before August 20, 2021.

5)  Proposed findings of fact shall be filed by August 20, 2021.

6)  The parties pretrial conference materials, witness lists, exhibit lists, etc. remain due as ordered by the court at Filing No. 141.

Dated this 2nd day of August, 2021.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge